UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILBUR C. DEGROAT, III, ARLITTA DEGROAT, LEON DEGROAT, DIANE DEGROAT, PIA DEGROAT DENNISON, MARIE DEGROAT MANN, RODNEY VAN DUNK, EUNICE DEGROAT, GILBERT DEGROAT, ROSEMARIE MANN, AMANDA MANN, DAWN MANN, SANTANA PETERSON, JAZMINE PETERSON, RACHAEL MANN, DANIEL W. DENNISON, JR. and JON VAN DUNK,<br><br>Plaintiffs,<br>v.<br><br>SCOTT COOPER; BRAD INGLESBY; RELATIVITY MEDIA, LLC, a California limited liability company; APPIAN WAY, LLC, a California limited liability company; ENERGY ENTERTAINMENT, INC., a California corporation; SCOTT FREE PRODUCTIONS, INC., a California corporation; RED GRANITE PICTURES, INC., a California corporation; and JOHN DOES 1 to 5,<br><br>Defendants. | **ORDER**<br><br>Civ. No. 2:13-07779 (WHW) |

**Walls, Senior District Judge**

It is, on this 14th day of May, 2014,

ORDERED that Defendants' motion to dismiss, ECF No. 14, is granted and the complaint, ECF. No. 1, is dismissed with prejudice.

                                                      **/s/ William H. Walls**
                                                      United States Senior District Judge